# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              : CHAPTER 7
                                                    :
SCOTT W. SEGEN                                      :
                           DEBTOR(S)    : BANKRUPTCY NO.   10-14574 SR

# ORDER

**AND NOW,** upon consideration of the *Objection to Exemptions of Secured Creditor Herbert Gross*, and after hearing held thereon October 5, 2010, it is hereby:

**ORDERED,** the for the reasons set forth in the attached Opinion, the Objection shall be and hereby is DENIED.

                                        By the Court:


                                        _____
                                        Stephen Raslavich
                                        Chief U.S. Bankruptcy Judge

Dated: November 3, 2010

Counsel for Objector
JONATHAN J. BART, Esquire
Wilentz Goldman & Spitzer P.A.
Two Penn Center Plaza
Suite 910
Philadelphia, PA 19102

Counsel for Debtor:
ROBERT M. GREENBAUM, Esquire
Smith Giacometti, LLC
270 West Lancaster Avenue
Building I
Malvern, PA 19355

George Conway, Esquire
Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia PA 19106

Nancy Mulvehill, Courtroom Deputy to Judge Raslavich